Deona Renna HOOPER,
Plaintiff–Appellant,

v.

State of NORTH CAROLINA; North Carolina Central University; North Carolina Central University Campus Police; James H. Ammons, IV, North Carolina Central University Chancellor, in his official capacity; Chief McDonald Vick, Chief of Police, in his individual and official capacity; Captain Victor O. Ingram, in his individual and official capacity; Captain Joseph N. Hilliard, in his individual and official capacity; Lieutenant Michael Watlington, in his individual and official capacity, Defendants–Appellees.

No. 06–2121.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 22, 2007.

Decided: March 27, 2007.

Deona Renna Hooper, Appellant Pro Se. Thomas J. Ziko, North Carolina Department of Justice, Raleigh, North Carolina; Kimberly Dean Potter, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deona Renna Hooper appeals the district court's order dismissing her civil action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hooper v. North Carolina,* No. 1:04–cv–00014–NCT, 2006 WL 2850596 (M.D.N.C. Oct. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*